■ NIKOLAOS PIZANIAS et al., Appellants, v STATE OF NEW YORK, Respondent. (Claim No. 76392.) [604 NYS2d 870] —Judgment unanimously affirmed without costs. Memorandum: We conclude that the verdict in this nonjury trial is not against the weight of the evidence and, therefore, it should not be disturbed *(see, McCall v Town of Middlebury,* 52 AD2d 736). (Appeal from Judgment of Court of Claims, Hanifin, J.—Negligence.) Present—Green, J. P., Pine, Lawton, Fallon and Davis, JJ.

■ In the Matter of BRIAN R., an Infant. [604 NYS2d 870] — Appeal unanimously dismissed without costs. Memorandum: The challenge to Family Court's failure to direct an independent psychological evaluation prior to extending the child's foster care placement became moot when the six-month placement period provided in the order expired on July 27, 1993. Therefore, the appeal is dismissed *(see, Matter of Demitris O.,* 193 AD2d 977; *Matter of Darryl G.,* 184 AD2d 204; *Matter of Gerald H.,* 158 AD2d 599). (Appeal from Order of Erie County Family Court, Mix, J.—Foster Care Review.) Present—Green, J. P., Pine, Lawton, Fallon and Davis, JJ.